ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. |
| LINDA AVILES | 3-16CR-262-B |

## INFORMATION

The United States Attorney charges:

### Count One
### Supplemental Security Income Representative Payee Fraud
### (Violation of 42 U.S.C. § 1383a(a)(4))

From in or about April 2010 through in or about March 2015, in the Dallas Division of the Northern District of Texas, **Linda Aviles**, the defendant, having applied to receive payment of Supplemental Security Income payments as representative payee for the use and benefit of two minor children, and having received such payments, knowingly and willfully converted such a payment, or any part of it, to a use other than for the use and benefit of those minor children.

In violation of 42 U.S.C. § 1383a(a)(4).

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
NICOLE DANA
Special Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8694
Facsimile: 214-659-8805
Email: nicole.dana@usdoj.gov