ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
JUN 17 AM 11:50

DEPUTY CLERK RA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. |
| LINDA AVILES | 3-16CR-262-B |

## WAIVER OF INDICTMENT

Linda Aviles, Defendant, has been informed that a one-count felony information has been filed that alleges she committed a violation of 42 U.S.C. § 1383a(a)(4), Supplemental Security Income Representative Payee Fraud; namely, that, having been approved to receive Supplemental Security Income payments on behalf of another individual, she knowingly and willfully converted those payments, or any part of those payments, to an unauthorized use. Linda Aviles, being advised of the nature of the above charge and the proposed felony information, understands the following:

1. That she has the right to have her case presented to a Federal Grand Jury;

2. That Grand Jury must consist of citizens of the Northern District of Texas, and the Grand Jury must consist of not more than 23 nor less than 16 citizens, 12 of whom must vote in favor of an indictment before such an indictment is returned or "true billed;"

3. That in order to return a "true bill" of indictment, the Grand Jury must find from the evidence presented that there is probable cause to believe that a federal offense has been committed and that she committed that federal offense;

Waiver of Indictment – Page 1

4. That she may waive or give up her legal right to have her case presented to the Grand Jury; and

5. That she has discussed the right to waive or give up having her case presented to the Grand Jury with her attorney and her attorney has fully explained the consequences of waiving this legal right.

After consultation with counsel, Linda Aviles hereby voluntarily, knowingly and intelligently waives now and agrees to later waive in open court her legal right to have her case presented to a Federal Grand Jury and consents that the prosecution may proceed by information rather than by indictment.

Signed this 15th day of June, 2016.

_____  _____
LINDA AVILES               JEFFREY GRASS
Defendant                  Attorney for Defendant