ORIGINAL

**SEALED**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

JUN 17 AM 11:50

DEPUTY CLERK RAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | 3-16CR-262-B |
|---|---|
| v. | CRIMINAL NO. |
| LINDA AVILES | FILED UNDER SEAL |

## PLEA AGREEMENT SUPPLEMENT

Linda Aviles, the Defendant, Jeffrey Grass, the Defendant's attorney, and the United States of America (the Government), agree that there are no additional terms to the Plea Agreement filed in the above-captioned case.

Agreed to and signed this 15th day of June, 2016.

JOHN R. PARKER
UNITED STATES ATTORNEY

JENNIFER TOURJÉ
Deputy Criminal Chief

NICOLE DANA
Special Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8694
Fax: 214-659-8805
Email: nicole.dana@usdoj.gov

LINDA AVILES
Defendant

JEFFREY GRASS
Attorney for Defendant

## CERTIFICATE

I have read (or had read to me) this Plea Agreement Supplement and have carefully reviewed every part of it with my attorney. I fully understand it and voluntarily agree to it.

_____       06/15/2016
LINDA AVILES                                  Date
Defendant

I am the Defendant's counsel. I have carefully reviewed every part of this Plea Agreement Supplement with the defendant. To my knowledge and belief, my client's decision to enter into this Plea Agreement Supplement is an informed and voluntary one.

_____      June 15 2016
JEFFREY GRASS                            Date
Attorney for Defendant