ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | 3-16CR-262-B |
|---|---|
| v. | CRIMINAL NO. |
| LINDA AVILES | |

## FACTUAL RESUME

PLEA: Information, Count One:
Supplemental Security Income Representative Payee Fraud
Violation of 42 U.S.C. § 1383a(a)(4)

ELEMENTS OF
THE OFFENSE: In order to establish the guilt of Defendant for Count One of the Information, a violation of 42 U.S.C. § 1383a(a)(4), Supplemental Security Income Representative Payee Fraud, the Government must prove each of the following elements beyond a reasonable doubt:

First: That the defendant applied to receive the benefits described in the indictment, Supplemental Security Income benefits, on behalf of another;

Second: That the defendant received those benefits on behalf of another; and

Third: That the defendant knowingly and willfully converted any part of the benefits received on behalf of another to an unauthorized use.

STIPULATED FACTS:

Linda Aviles, Defendant, admits that, in or about April 2010, in Albuquerque, New Mexico, she applied to become the representative payee for J.S. and E.S., her minor children, and agreed to receive their Supplemental Security Income benefits on their

behalf as their representative payee. Aviles further admits that, from April 2010 through March 2015, she accepted those benefits on behalf of E.S. and J.S. However, during that time period, neither child lived with Aviles, and Aviles did not provide for their care. Rather, Aviles moved to Dallas, Texas, while both children remained in Albuquerque and lived with their father and paternal grandmother. During this time period, in the Dallas Division of the Northern District of Texas, Aviles knowingly and willfully converted the benefits she received to her own use, or an otherwise unauthorized use, rather than for the use and benefit of E.S. and J.S. The amount of funds improperly paid during this period is $82,576.00. This conduct violates 42 U.S.C. § 1383a(a)(4).

[Nothing further on this page.]

Agreed to and signed this 1st day of June 2016.

_____     6/15/2016
NICOLE DANA                   Date
Special Assistant United States Attorney
Texas State Bar 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8694
Fax: 214-659-8805
Email: nicole.dana@usdoj.gov


_____     06/15/2016
LINDA AVILES                  Date
Defendant


_____     6/15/2016
JEFFREY GRASS                 Date
Attorney for the Defendant